November 19, 2015


03-15-00465-CV

TC #C-1-CV-15-002099

John A. Forsyth and Susan Forsyth v. FV REO I, LLC


I have received the notice for the above styled case. As of today I have not received a payment for the court reporter's record in this case.

Please contact me if you have any further questions.

Thank you,


*Amanda Anderson, CSR*

Official Court Reporter

County Court at Law No. 2

Travis County, Texas

1000 Guadalupe St., Rm 211

Austin, Texas 78701

512 854-9250

FAX: 512 854-4724